| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Voorhees, Richard L. | 2. Court or Organization<br><br>District Court-Western District of North Carolina | 3. Date of Report<br><br>3/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Building
401 West Trade Street
Suite 250
Charlotte, North Carolina 28202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | The Carrie E. and Lena V. Glenn Foundation, Inc.-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 3/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Group Individual Investments | | | | | | | | | |
| 2. (a) Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy | 1/17/16 | J | | See Section VIII |
| 3. | | | | | Buy (add'l) | 2/23/16 | J | | See Section VIII |
| 4. | | | | | Sold (part) | 02/23/16 | J | A | See Section VIII |
| 5. (b) Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 6. Vanguard Group-R/O-IRA I (s) | | | | | | | | | |
| 7. (a) Windsor II Fund Admiral Shares | B | Dividend | L | T | Sold (part) | 02/23/16 | J | A | |
| 8. | | | | | Sold (part) | 11/7/16 | K | A | |
| 9. (b) US Growth Fund Investor Shares | A | Dividend | J | T | | | | | |
| 10. (c) Total Stock Market Index Admiral Shares | A | Dividend | K | T | | | | | |
| 11. (d) 500 Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 12. (e) Prime Money Market Fund | A | Dividend | L | T | Buy | 11/7/16 | K | | |
| 13. Vanguard Group-Rollover IRA II (s) | | | | | | | | | |
| 14. (a) Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 15. (b) International Growth Fund Investor Shares | A | Dividend | K | T | | | | | |
| 16. (c) International Value Fund Investor Shares | A | Dividend | K | T | | | | | |
| 17. (d) Emerging Market Stock Index Fund Admiral Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 3/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Group-Traditional IRA'S | | | | | | | | | |
| 19. (a) Capital Opportunity Fund | A | Dividend | K | T | | | | | |
| 20. (b) Strategic Equity Fund | A | Dividend | K | T | | | | | |
| 21. (c) REIT Index Fund-Admiral Shares | A | Dividend | K | T | | | | | |
| 22. (d) Wellinton Fund-Admiral Shares | B | Dividend | L | T | | | | | |
| 23. (e) Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 24. Wells Fargo (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Mountain Federal Credit Union (Checking & Savings) | A | Interest | J | T | | | | | |
| 26. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 27. Vanguard R/O-IRA | | | | | | | | | |
| 28. (a) Vanguard Balanced Index Fund Admiral Shares R/O IRA | A | Dividend | K | T | | | | | |
| 29. (b) Vanguard GNMA Fund R/O IRA Investor Shares | A | Dividend | K | T | | | | | |
| 30. (c) Vanguard Prime Money Market R/O IRA | A | Dividend | J | T | | | | | |
| 31. (d) Vanguard Total Stock Market Ind. Fund R/O IRA Admiral Shares | A | Dividend | K | T | | | | | |
| 32. (e) Vanguard Wellington Fund R/O IRA Investor Shares | B | Dividend | K | T | | | | | |
| 33. Vanguard Wellington Fund Non-R/O IRA Investor Shares | B | Dividend | K | T | Sold (part) | 2/24/16 | J | A | See Section VIII |
| 34. Southern Company | A | Dividend | J | T | | | | | See Section VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 3/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Government Income Properties | A | Dividend | J | T | | | | | |
| 36. Fidelity Government Cash Reserves | A | Dividend | J | T | Buy | 1/15/16 | J | | See Section VIII |
| 37. Fidelity Equity-Income Fund | D | Dividend | M | T | | | | | |
| 38. Fidelity Investment Co., IRA Traditional Individual Assets | | | | | | | | | |
| 39. (a) RBS Citizens Deposit Account | A | Dividend | J | T | | | | | |
| 40. (b) Fidelity Floating Bond | B | Dividend | L | T | Sold (part) | 1/15/16 | J | A | See Section VIII |
| 41. (c) Fidelity Total Bond | B | Dividend | L | T | Sold (part) | 1/15/16 | J | A | See Section VIII |
| 42. (d) Fidelity Strategic Bond | B | Dividend | L | T | Sold (part) | 1/15/16 | J | A | See Section VIII |
| 43. Wells Fargo (Checking Account) | D | Interest | J | T | | | | | See Section VIII |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A. Part VII-Lines 2 & 3 The Vanguard Prime Money Market Fund under the Vanguard Group Individual Investment (Line 1) account receives funds on the 17th of every month transferred from a checking account; same account received minimum distribution 2/23/16.

B. Part VII-Line 2 Sold portions on various dates throughout the year, starting on 2/23/16 and last date 6/16/16.

C. Part VII-Line 34 Dividends reinvested quarterly

D. Part VII-Line 36 Fidelity Governmnet Cash Reserves account receives funds drafted on the 15th of each month from Wells Fargo checking account to buy (Line 23)

E. Part VII-Lines 33, 40, 41, and 42, portions sold to pay required minimun distribution amounts.

F. Part. VII-Line 43 accrues monthly interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard L. Voorhees**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544